■ ANNE K. STAUFFER, Appellant, v. TOM G. STAUFFER, Respondent.— In an action for separation, the plaintiff wife appeals from a judgment of the Supreme Court, Westchester County, entered December 1, 1971, which, after a nonjury trial, dismissed the complaint. Case remanded to the trial court for the making of specific findings on the facts put in issue by the pleadings and the proof; and appeal held in abeyance in the interim. In our opinion the trial court should state the facts deemed essential for its determination (CPLR 4213, subd. [b]; Matter of Romeo v. Romeo, 40 A D 2d 685). Martuscello, Acting P. J., Latham, Shapiro, Christ and Benjamin, JJ., concur.

■ ISAAC WEISSMARK, Appellant, v. LYONS AUTO LEASING, Respondent. ROBERT L. MOORE, Defendant.— Order of the Supreme Court, Queens County, dated October 4, 1971, affirmed, without costs. No opinion. The appeal did not present questions of fact. Hopkins, Acting P. J., Munder, Gulotta, Brennan and Benjamin, JJ., concur.

■ WHITE CONSOLIDATED INDUSTRIES, INC., Appellant, v. AMERICAN CONSUMER INDUSTRIES, INC., Respondent.— In an action for specific performance to compel defendant to convey certain real property to plaintiff pursuant to an option agreement to purchase the property, plaintiff appeals from an order of the Supreme Court, Kings County, dated June 23, 1972, which denied its motion for summary judgment, made findings of fact and directed a trial, on a day certain, of the single issue of when an assignment of the option was executed and delivered. Order modified, by striking therefrom all the decretal paragraphs, except the first, which denied the motion. As so modified, order affirmed, without costs. In our opinion, trial should proceed on all the issues. Martuscello, Acting P. J., Latham, Shapiro, Christ and Brennan, JJ., concur.